In the Matter of the Final Judicial Settlement of the Accounts of BANKERS TRUST COMPANY and Others, as Trustees under the Will of JOHN T. WARING, Deceased, of a Trust for the Benefit of JOHN T. WARING, JR., Petitioners, Respondents; LESLIE ARKELL WARING and Others, Appellants; JESSIE T. WARING, Individually and as Executrix, etc., of JOHN T. WARING, JR., and Others, Respondents.— Decree of the Surrogate's Court of Westchester county finally settling the accounts of the trustees under the will of John T. Waring in relation to a trust for the benefit of John T. Waring, Jr., unanimously affirmed, with costs to respondents, payable out of the estate. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.